# UNITED STATES BANKRUPTCY COURT

In re:  DEBRA SAWYER                                    Case No.  _10 - 19873_
    Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders
that the application be:

[ ] GRANTED.

  This order is subject to being vacated at a later time if developments in the administration of the
  bankruptcy case demonstrate that the waiver was unwarranted.

[ X ] DENIED.

  The debtor shall pay the chapter 7 filing fee according to the following terms:

  $ _74.75_ on or before _May 19, 2010_
  $ _74.75_ on or before _June 21, 2010_
  $ _74.75_ on or before _July 19, 2010_
  $ _74.75_ on or before _August 19, 2010_

  Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any
  additional property to an attorney or any other person for services in connection with this case.

  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL, OR TO TIMELY MAKE
  INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

  A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held
  on _____ at _____ am/pm at _____.
              (address of courthouse)

  IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY
  DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER
  DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _May 4, 2010_       BY THE COURT:

               _____
               United States Bankruptcy Judge